** APPROPRIATION — REPAIR OF UTILITIES — PUBLIC BUILDING ** QUESTION: CAN THE $200,000.00 APPROPRIATED TO THE "STATE INSTITUTION, HELENA" TO "REPAIR AND MODERNIZE EXISTING PUBLIC BUILDINGS, AUXILIARY UNITS, FOR THE EXTENSION, REPLACEMENT AND REPAIR OF UTILITIES, AND FOR THE PURCHASE OF ANY AND ALL EQUIPMENT NECESSARY TO PLACE SUCH FACILITIES IN OPERATION" ? — AFFIRMATIVE (REPLACE TWO BOILERS, CONSTRUCTION, PUBLIC FUNDS, EXPENDITURES) CITE: ARTICLE X, SECTION 19 (FRED HANSEN)